HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE A, an individual, JANE DOE B, an individual, JANE DOE C, an individual, JANE DOE D, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Veer Hospitality Phoenix LLC; SeaTac Hotels, LLC; Evergreen Lodging Group, LLC; Madison Avenue P&L Enterprises, Inc.; G6 Hospitality, L.L.C.; G6 Hospitality IP, L.L.C.; G6 Hospitality Property, L.L.C.; G6 Hospitality Purchasing, L.L.C.; G6 Hospitality Franchising, L.L.C.; Motel 6 Operating, L.P.; HSK212, LLC; Wyndham Hotels and Resorts, Inc.; NITSI, LLC; Choice Hotels International, Inc.; and DOES 1-200, inclusive<br><br>Defendants. | No. 2:24-cv-01270-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

THIS MATTER having come on before the Court on Defendant Choice Hotels International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and the Court having reviewed the pleadings filed herein, including:

[PROPOSED] ORDER GRANTING DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT - 1
(Case No. 2:24-cv-01270-MJP)

**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1. Defendant Choice Hotels International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint;

and being otherwise fully advised in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Defendant Choice Hotels International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint is GRANTED. Accordingly, the Court ORDERS that the deadline for Choice Hotels International, Inc. to respond to the Complaint in this matter is extended through and including October 21, 2024.

DONE IN OPEN COURT/CHAMBERS this 25th day of September, 2024.

*[signature]*

HONORABLE MARSHA J. PECHMAN
United States Senior District Judge

Presented by:

BAKER STERCHI COWDEN & RICE, LLC

By ____*/s/ Robert L. Christie*____
ROBERT L. CHRISTIE, WSBA #10895
MEGAN M. COLUCCIO, WSBA #44178
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: 206-957-9669
Email: bob.christie@bakersterchi.com
Email: megan.coluccio@bakersterchi.com

///

///

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWTIZ, PC

[PROPOSED] ORDER GRANTING DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT - 2
(Case No. 2:24-cv-01270-MJP)

**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1

2  By   */s/ Sara M. Turner*
   SARA M. TURNER (*admitted pro hac vice*)
   1901 6th Avenue N., Suite 2600

3  Birmingham, AL 35203
   Telephone: 205-250-8316

4  Email: smturner@bakerdonelson.com

5  *Attorneys for Defendant Choice Hotels International, Inc.*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

[PROPOSED] ORDER GRANTING DEFENDANT CHOICE HOTELS INTERNATIONAL, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT - 3
(Case No. 2:24-cv-01270-MJP)

**BAKER STERCHI COWDEN & RICE, LLC**
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
206-957-9669