UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jane Doe A, Jane Doe B et al,<br><br>            Plaintiffs,<br><br>v.<br><br>Veer Hospitality Phoenix LLC, et al,<br><br>            Defendants. | CASE NO. 2:24-cv-01270-MJP<br><br>**STIPULATION RE EXTENSION OF TIME TO ANSWER** |

STIPULATION

Come Now the Plaintiffs through their counsels of record and Defendant Nitsi LLC through its counsel of record and hereby stipulate that Defendant Nitsi LLC shall be granted an extension of time to file an answer and other responsive pleadings to the Complaint to October 21, 2024.

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 09/25/2024

*Katie Llamas*

Meagan Verschueren (CA 313117)
Katie Llamas (CA 303398)
Attorney for Plaintiffs

DATED: 09/25/2024

*D. Benjamin Lee*

D. Benjamin Lee (WA 14422)
Attorneys for Defendant Nitsi LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: September 25, 2024

*Marsha J. Pechman*

Hon. Marsha J. Pechman
United States District Court Judge