HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE A, an individual, JANE DOE B, an individual, JANE DOE C, an individual, JANE DOE D, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>Veer Hospitality Phoenix LLC; SeaTac Hotels, LLC; Evergreen Lodging Group, LLC; Madison Avenue P&L Enterprises, Inc.; G6 Hospitality, L.L.C.; G6 Hospitality IP, L.L.C.; G6 Hospitality Property, L.L.C.; G6 Hospitality Purchasing, L.L.C.; G6 Hospitality Franchising, L.L.C.; Motel 6 Operating, L.P.; HSK212, LLC; Wyndham Hotels and Resorts, Inc.; NITSI, LLC; Choice Hotels International, Inc.; and DOES 1-200, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-01270-MJP<br><br>[PROP] ORDER GRANTING DEFENDANT HSK212, LLC'S MOTION TO EXTEND DEADLINE TO FILE ANSWER<br><br>**Noted for consideration:**<br>**October 21, 2024** |

THIS MATTER having come on before the Court on Defendant HSK212, LLC's Unopposed Motion to Extend Deadline to File an Answer, and the Court having reviewed Defendant's Motion and being otherwise fully advised in this matter, HEREBY ORDERS that Defendant's Motion to Extend Deadline to File Answer is GRANTED.

/ / /

/ / /

[PROP] ORDER GRANTING
MOTION TO EXTEND
- Page 1

ROCKE | LAW Group, PLLC
500 Union St, Ste 909
Seattle, WA 98101
(206) 652-8670

1  Accordingly, the Court ORDERS that the deadline for HSK212, LLC to respond to the
2  Complaint in this matter is extended through and including October 25, 2024.

4  IT IS SO ORDERED this 22nd day of October, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

*Presented by:*

ROCKE | LAW Group, PLLC

*s/ Aaron V. Rocke*
Aaron Rocke, WSBA No. 31525
Attorney for Defendant
Rocke Law Group, PLLC
500 Union St, Ste 909
Seattle, WA 98101
(206) 652-8670
aaron@rockelaw.com

[PROP] ORDER GRANTING
MOTION TO EXTEND
- Page 2

ROCKE | LAW Group, PLLC
500 Union St, Ste 909
Seattle, WA 98101
(206) 652-8670