Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Doe A, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Veer Hospitality Phoenix, LLC, et al.,<br><br>      Defendants. | Case No.: 2:24-cv-01270-MJP<br><br>[proposed] ORDER GRANTING DEFENDANT VEER HOSPITALITY PHOENIX, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

THIS MATTER, having come before the Court on Defendant Veer Hospitality Phoenix, LLC's *Unopposed Motion for Extension of Time to Answer or Otherwise Plead* (the "Motion"), and the Court being fully advised in the matter and having examined the records and files herein:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant Veer Hospitality Phoenix, LLC shall answer or otherwise plead on or before November 8, 2024.

Dated: October 22, 2024

*[signature]*

Marsha J. Pechman
United States Senior District Judge

---

ORDER GRANTING DEFENDANT VEER
HOSPITALITY PHOENIX, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD - 1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Presented by:

GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ Todd A. Bowers*
     Todd A. Bowers, WSBA #24638
     tbowers@grsm.com
     Sang Oh, WBSA #44041
     sangoh@grsm.com
     701 Fifth Avenue, Suite 2100
     Seattle, WA 98104

*Attorneys for Defendant Veer Hospitality Phoenix, LLC*

ORDER GRANTING DEFENDANT VEER
HOSPITALITY PHOENIX, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD - 2

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822