# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE A, an individual, JANE DOE B, an individual, JANE DOE C, an individual, JANE DOE D, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Veer Hospitality Phoenix LLC; SeaTac Hotels, LLC; Evergreen Loging Group, LLC; Madison Avenue P&L Enterprises, Inc.; G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, L.P.; HSK212, LLC; Wyndham Hotels and Resorts, Inc.; NITSI, LLC; Choice Hotels International, Inc.; and DOES 1-200, inclusive,<br><br>Defendants. | Case No.: **2:24-CV-01270-MJP**<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL |

THIS MATTER having come before the Court, and good cause having been shown, pursuant to Local Civil Rule 83.2 (c), the Court HEREBY ORDERS AS FOLLOWS;

BENJAMIN LEE of DBL Law, shall be permitted to withdraw from representation of defendant NITSI, LLC in the above-captioned matter.

1

NICHOLAS C. LARSON and MIGUEL MENDEZ-PINTADO of Murphy Pearson Bradley & Feeney have appeared and will be taking over as counsel for the above-named defendants in place of all withdrawing attorneys.

ECF notifications will be updated accordingly to remove each withdrawing attorney.

IT IS SO ORDERED.

DATED this 6th day of November, 2024.

Marsha J. Pechman
United States Senior District Judge