1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                  AT SEATTLE

10   JANE DOE A, et al.,                    CASE NO. C24-1270 MJP

11                  Plaintiffs,             ORDER ON MOTION FOR LEAVE
                                            TO AMEND
12          v.

13   VEER HOSPITALITY PHOENIX LLC,
     et al.,
14
                    Defendants.
15

16

17       This matter comes before the Court on Plaintiffs' "Stipulated" Motion for Leave to File

18  First Amended Complaint. (Dkt. No. 66.) Having reviewed the Motion and all supporting

19  materials, the Court DENIES the Motion without prejudice because Plaintiffs have not complied

20  with Local Civil Rule 15(b). Under that Rule, a "party who amends a pleading by obtaining the

21  opposing party's written consent shall file with the court a joint notice memorializing the parties'

22  consent to the amended pleading and shall attach a redlined version of the amended pleading

23  showing how it differs from the pleading that it amends." LCR 15(b). Here, Plaintiffs did not file

24

a written consent from Defendants and they did not attach a proposed amended complaint (with and without redlining). Given Plaintiffs' failure to comply with Local Rule 15, the Court DENIES the Motion without prejudice. The Court will consider a renewed motion that tracks the Local Rules.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 6, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER ON MOTION FOR LEAVE TO AMEND - 2