The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANE DOE A, an individual, JANE DOE B, an individual, JANE DOE C, an individual, JANE DOE D, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VEER HOSPITALITY PHOENIX LLC; SEATAC HOTELS, LLC; EVERGREEN LODGING GROUP, LLC; MADISON AVENUE P&L ENTERPRISES, INC.; G6 HOSPITALITY, L.L.C.; G6 HOSPITALITY IP, L.L.C.; G6 HOSPITALITY PROPERTY, L.L.C.; G6 HOSPITALITY PURCHASING, L.L.C.; G6 HOSPITALITY FRANCHISING, L.L.C.; MOTEL 6 OPERATING L.P.; HSK212, LLC; WYNDHAM HOTEL AND RESORTS, INC.; NITSI, LLC; CHOICE HOTELS INTERNATIONAL, INC.; DOES 1-200, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01270-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Note on Motion Calendar:<br>November 12, 2024 |

THIS MATTER having come on before the Court on Plaintiffs' Stipulated Motion for Leave to File First Amended Complaint, and the Court having reviewed the pleadings filed herein, including:

1. Stipulated Motion for Leave to File First Amended Complaint;

1

[Proposed] Order
Case No: 24cv1270

Singleton Schreiber LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
(619) 314-8908

2.  Declaration of Katie Llamas in support of Stipulated Motion for Leave to File First Amended Complaint;

3.  Exhibit 1 - Defendant's written consent to the same; and

4.  Exhibit 2 - A redline version of the First Amended Complaint to be filed.

and being otherwise fully advised in this matter,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Stipulated Motion for Leave to File First Amended Complaint is GRANTED. Accordingly, the Court ORDERS that the Plaintiffs to file their First Amended Complaint within ten days of the Court signing the unopposed requested Order. The pending Motions to Sever and Dismiss are hereby STRICKEN. (Dkt. Nos. 38, 40, 49, 50, 56.)

DONE IN OPEN COURT/CHAMBERS this 13th day of November, 2024.

_____
HONORABLE MARSHA J. PECHMAN
United States District Court Judge

*Presented By:*
 /s/ Katie Llamas
Katie Llamas (CA 303983) *PHV applicant*
Meagan Verschueren (CA 313117) *PHV applicant*
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473
Email: mverschueren@singletonschreiber.com
Email: kllamas@singletonschreiber.com

Gerald Singleton (WSBA No.59010)
Stephen J. Hill (WSBA No. 7651)
SINGLETON SCHREIBER, LLP
450 Alaskan Way South
Seattle, WA 98104
Tel. (206) 466-0809

2

[Proposed] Order
Case No: 24cv1270

Singleton Schreiber LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
(619) 314-8908

Email: gsingleton@singletonschreiber.com
Email: shill@singletonschreiber.com
**Attorneys for Plaintiffs**

~~[Proposed]~~ Order
Case No: 24cv1270

Singleton Schreiber LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
(619) 314-8908