DISTRICT JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE A, an individual, JANE DOE B individual, JANE DOE C, an individual, JANE DOE D, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Veer Hospitality Phoenix LLC; SeaTac Hotels, LLC; Evergreen Lodging Group, LLC; Madison Avenue P&L Enterprises, Inc.; G6 Hospitality, L.L.C.; G6 Hospitality IP, L.L.C.; G6 Hospitality Property, L.L.C.; G6 Hospitality Purchasing, L.L.C.; G6 Hospitality Franchising, L.L.C.; Motel 6 Operating, L.P.; HSK212, LLC; Wyndham Hotels and Resorts, Inc.; NITSI, LLC; Choice Hotels International, Inc.; and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01270-MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 22, 2024 |

Plaintiff Jane Doe A ("Plaintiff") and Defendants G6 Hospitality LLC, G6 Hospitality IP LLC, G6 Hospitality Property LLC, G6 Hospitality Purchasing LLC, G6 Hospitality Franchising LLC, and Motel 6 Operating LP (together, the "G6 Defendants" and with Plaintiff, the "Parties"), stipulate and agree as follows and request that the Court enter an order consistent with the following:

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES - 1
Case No. 24-1270

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel:
206.839.4800

1. On August 16, 2024, Plaintiff filed her initial Complaint against, amongst other parties, the G6 Defendants. *See* Docket No. 1. On August 21, 2024, the G6 Defendants waived service of the Complaint. *See* Docket Nos. 9-13.

2. On October 21, 2024, the G6 Defendants moved to sever and to dismiss Plaintiff's Complaint. *See* Docket Nos. 38, 40. On November 11, 2024, Plaintiff filed a stipulated motion for leave to file an amended complaint, which mooted the G6 Defendants' motions. *See* Docket No. 72; *see also* Docket No. 77.

3. On November 11, 2024, Plaintiff also filed her First Amended Complaint. *See* Docket No. 74.

4. By operation of Federal Rule of Civil Procedure 15(a)(3), the G6 Defendants' response to the First Amended Complaint is due on November 25, 2024. In order to give the G6 Defendants additional time to investigate the facts alleged in the First Amended Complaint and prepare an answer, the parties mutually agreed to extend the G6 Defendants' deadline to answer until December 9, 2024.

5. Accordingly, the Parties respectively request that the Court set the G6 Defendants' deadline to answer Plaintiff's First Amended Complaint as December 9, 2024.

6. By entering into this stipulation, the Parties hereto do not waive, and expressly preserve, all rights, remedies, and defenses.

Dated this 22nd day of November, 2024.

| | |
|---|---|
| SINGLETON SCHREIBER, LLP | DLA PIPER LLP (US) |
| */s/ Meagan Verschueren* | */s/ Austin Rainwater* |
| Katie Llamas *PHV Applicant*<br>Meagan Verschueren *PHV Applicant*<br>SINGLETON SCHREIBER, LLP<br>591 Camino de la Reina, Ste. 1025<br>San Diego, CA 92108<br>Tel. (619) 771-3473<br>Email: kllamas@singeltonschreiber.com<br>E-mail: mverscheuren@singletonschreiber.com | Austin Rainwater, WSBA No. 41904<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: austin.rainwater@us.dlapiper.com |
| Gerald Singleton (WA 59010)<br>gsingleton@singletonschreiber.com<br>Stephen J. Hill (WA 7651)<br>shill@singletonschreiber.com<br>SINGLETON SCHREIBER, LLP<br>450 Alaskan Way South, Ste. 200<br>Seattle, WA 98104 | Ellen Dew *PHV*<br>Brett M. Feldman *PHV*<br>DLA PIPER LLP (US)<br>650 S. Exeter Street, Suite 1100<br>Baltimore, Maryland 21202-4576<br>Tel: 410-580-4127<br>Email: ellen.dew@us.dlapiper.com<br>Email: brett.feldman@us.dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for the G6 Defendants* |

STIPULATED MOTION AND [PROPOSED]
ORDER TO EXTEND DEADLINES - 3
Case No. 24-1270

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

# ORDER

IT IS SO ORDERED.

Dated this 25th day of November, 2024.

*[signature]*

The Honorable Marsha J. Pechman
United States District Judge

*PRESENTED BY:*

| | |
|---|---|
| SINGLETON SCHREIBER, LLP | DLA PIPER LLP (US) |
| /s/ *Meagan Verschueren* | /s/ *Austin Rainwater* |
| Katie Llamas *PHV Applicant*<br>Meagan Verschueren *PHV Applicant*<br>SINGLETON SCHREIBER, LLP<br>591 Camino de la Reina, Ste. 1025<br>San Diego, CA 92108<br>Tel. (619) 771-3473<br>Email: kllamas@singeltonschreiber.com<br>E-mail: mverscheuren@singletonschreiber.com | Austin Rainwater, WSBA No. 41904<br>DLA PIPER LLP (US)<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington 98104-7029<br>Tel:    206.839.4800<br>E-mail: austin.rainwater@us.dlapiper.com |
| Gerald Singleton (WA 59010)<br>gsingleton@singletonschreiber.com<br>Stephen J. Hill (WA 7651)<br>shill@singletonschreiber.com<br>SINGLETON SCHREIBER, LLP<br>450 Alaskan Way South, Ste. 200<br>Seattle, WA 98104 | Ellen Dew *PHV*<br>Brett M. Feldman *PHV*<br>DLA PIPER LLP (US)<br>650 S. Exeter Street, Suite 1100<br>Baltimore, Maryland 21202-4576<br>Tel: 410-580-4127<br>Email: ellen.dew@us.dlapiper.com<br>Email: brett.feldman@us.dlapiper.com |
| *Attorneys for Plaintiff* | *Attorneys for the G6 Defendants* |