Gerald Singleton (WA 59010)
gsingleton@singletonschreiber.com
Stephen J. Hill (WA 7651)
shill@singletonschreiber.com
SINGLETON SCHREIBER, LLP
450 Alaskan Way South, Ste. 200
Seattle, WA 98104
Tel. (206) 466-0809

Meagan Verschueren (CA 313117) Pro Hac Vice applicant
mverschueren@singletonschreiber.com
Katie Llamas (CA 303983) Pro Hac Vice applicant
kllamas@singletonschreiber.com
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473

Attorneys for Plaintiff JANE DOE A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jane Doe A, an individual; Jane Doe B, an individual; Jane Doe C, an individual, Jane Doe D, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Veer Hospitality Phoenix LLC, SeaTac Hotels, LLC, Evergreen Lodging Group, LLC, Madison Avenue P&L Enterprises, Inc., G6 Hospitality, L.L.C.; G6 Hospitality IP, L.L.C.; G6 Hospitality Property, L.L.C.; G6 Hospitality Purchasing, L.L.C.; G6 Hospitality Franchising, L.L.C.; Motel 6 Operating, L.P.; HSK212, LLC, Wyndham Hotels and Resorts, Inc.; NITSI, LLC; Choice Hotels International, Inc.; and DOES 1-200, inclusive,<br><br>　　　　　Defendants. | No.  2:24-cv-01270-MJP<br><br>[PROPOSED] ORDER |

1

[PROPOSED] ORDER
2:24-CV-01270-MJP

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473

Having considered Plaintiffs' unopposed motion to proceed under pseudonym, and good cause being shown, Plaintiff's motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: February 25, 2025

Marsha J. Pechman
United States Senior District Judge

*Presented By:*
_/s/ Katie Llamas_____
Katie Llamas (CA 303983) *PHV applicant*
Meagan Verschueren (CA 313117) *PHV applicant*
SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Ste. 1025
San Diego, CA 92108
Tel. (619) 771-3473
Email: mverschueren@singletonschreiber.com
Email: kllamas@singletonschreiber.com

Gerald Singleton (WSBA No.59010)
Stephen J. Hill (WSBA No. 7651)
SINGLETON SCHREIBER, LLP
450 Alaskan Way South
Seattle, WA 98104
Tel. (206) 466-0809
Email: gsingleton@singletonschreiber.com
Email: shill@singletonschreiber.com
**Attorneys for Plaintiffs**

2

[PROPOSED] ORDER
2:24-cv-01270-MJP

SINGLETON SCHREIBER
591 CAMINO DE LA REINA, STE. 1025
SAN DIEGO, CA 92108
619) 771-3473